Argued March 1, affirmed March 21, 1977

## WATSON, *Appellant,*
### *v.*
## BOISE CASCADE CORPORATION, *Respondent.*
### (No. 95869, CA 7193)
561 P2d 189

Robert A. Bennett, Portland, argued the cause for appellant. With him on the brief was Willner, Bennett, Riggs & Skarstad, Portland.

Ridgway K. Foley, Jr., Portland, argued the cause for respondent. With him on the brief were Roger A. Luedtke, and Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *Morrison v. Boise Cascade,* 27 Or App 635, 556 P2d 726 (1976).